PROB 12B
(03/2026)

RECEIVED
SEP - 9 2026
EDWARD S. KIEL
U.S. DISTRICT JUDGE

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Individual Under Supervision

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Individual Under Supervision: Paul Andrecola

Cr.: 22-00397-001
PACTS #: 9137

Name of Sentencing Judicial Officer: THE HONORABLE ROBERT B. KUGLER
SENIOR UNITED STATES DISTRICT JUDGE
(Reassigned to Hon. Edward S. Kiel on December 9, 2024)

Date of Original Sentence: 12/08/2022

Original Offense: Count One: Wire Fraud, in violation of 18 U.S.C. §1343, a Class C felony
Count Two: Sale of an Unregistered Pesticide, in violation of 7 U.S.C. §§ 136j(a)(l)(A) and Section 136l(b)(l)(B), a Class A Misdemeanor
Count Three: False Claims against the United States, in violation of 18 U.S.C. §287, a Class D felony

Original Sentence: 60 months imprisonment (12 months for Count 1, 60 months on each of Counts 2 and 3, all terms to run concurrently) followed by 3 years supervised release (1 year on Count 1 and 3 years on Counts 2 and 3 to run concurrently).

Special Conditions: Special Assessment $225, Financial Disclosure, No New Debt/Credit, Self-Employment/Business Disclosure, Restitution - $207,363.30.

Type of Supervision: Supervised Release Date Supervision Commenced: 05/01/2026

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

### RESTITUTION

The defendant shall make restitution payments in monthly installments of no less than $100.00.

### CAUSE

Reference is made to Paul Andrecola who was sentenced by the Honorable Robert B. Kugler to 60 months imprisonment which consisted of 12 months on Count 1 and 60 months on Counts 2 and 3 to run concurrently followed by 3 years supervised release, 1 year on Count 1 and 3 years on Counts 2 and 3 to run concurrently. The following special conditions were imposed: Financial Disclosure, New Debt Restriction, Self-Employment/ Business Disclosure, Restitution in the amount of $207,363.30 and a $225 special assessment fee.

Mr. Andrecola commenced his term of supervised release on May 1, 2026, and is retired. Mr. Andrecola receives social security benefits in the amount of $553.00 per month as verified by his social security award letter.

As per the Amended Judgment dated April 25, 2023, a payment amount was not indicated, and it was noted that the payment requirement shall be determined at the commencement of supervision After a review of Mr. Andrecola's finances, the Probation Office has determined that a monthly restitution payment of no less than $100 would better suit Mr. Andrecola and sufficiently serve the Court's order. To this date, Mr. Andrecola has paid $81,000 towards his restitution obligation. An outstanding balance of $126,363.30 remains. Please find the attached Waiver of Hearing to Modify Conditions of Supervised Release endorsed by Mr. Andrecola consenting to the modification. The undersigned officer conferred with the Government, and they do not object to this request.

At this time, the Probation Office respectfully requests that the Court modify Mr. Andrecola's payment schedule to include monthly installments of no less than $100.00. We await Your Honor's final decision in this regard.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By: ROUSHEA S. JAMES
U.S. Probation Officer

/ rsj

APPROVED:

9/9/2026

STEVEN ALFREY Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

- [ ] The Extension of Supervision as Noted Above
- [X] The Modification of Conditions as Noted Above (as recommended by the Probation Office)
- [ ] No Action
- [ ] Other

*/s/ Edward S. Kiel*

Signature of Judicial Officer, U.S. District Judge

September 9, 2026

Date

PROB 49
(4/19)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

**Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

✓ To modify the conditions of supervision as follows:

**RESTITUTION**

The defendant shall make restitution payments in monthly installments of no less than $100.00.

Witness: ______________________
U.S. Probation Officer
Roushea S. James

Signed: ______________________
Probationer or Supervised Releasee
Paul Andrecola

August 26, 2026
Date